IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHARON MELISSA VIA, | ) |
| Plaintiff, | ) |
| vs. | ) 2:04-CV-0727-B |
| | ) [WO] |
| CAPITOL MANAGEMENT SERVICES, INC., | ) |
| Defendant. | ) |

## **ORDER**

Pursuant to the *Joint Stipulation of Dismissal* filed on August 26, 2005 (Doc. 19), it is, for good cause, **ORDERED** that:

1. This cause of action is **dismissed with prejudice**, and costs shall be incurred pursuant to the parties' settlement agreement.

2. Both the final pretrial conference set for 10:30 a.m. on August 31, 2005, and the jury trial set to be re-activated on the September 12, 2005 jury term (absent this stipulation for dismissal) are hereby CANCELLED.

Done this 29th day of August, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE